IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSHUA KREILAUS,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKS DISPOSAL TRUCKING, LLC, CHAD OAKLAND, and JOHN DOES 1-5,<br><br>    Defendants. | CV 18-142-BLG-SPW-TJC<br><br>**ORDER ALLOWING ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Both Plaintiff and Defendants have filed unopposed motions to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Docs. 10, 11.) Good cause appearing, IT IS HEREBY ORDERED that the motions are GRANTED.

Counsel for both Plaintiff and Defendants may appear by telephone at the January 24, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 27th day of November, 2018.

                                                  TIMOTHY J. CAVAN
                                                  United States Magistrate Judge